**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard David Shumpert,<br><br>　　　　Plaintiff,<br>vs.<br><br>Ryyan Knupp, et al.,<br><br>　　　　Defendants. | No. CV-08-8048-PCT-PGR<br><br>(Yavapai Cty.Sup.Ct. No. 20080385)<br><br>ORDER OF REMAND |

　　The removal of this action having been, at the very least, procedurally improper pursuant to the "forum defendant" rule of 28 U.S.C. § 1441(b),

　　IT IS ORDERED that the parties' Stipulated Motion to Withdraw Defendants' Notice of Removal [of] Civil Action (doc. #9), construed as a stipulated motion for remand, is granted and that this action is remanded to the Yavapai County Superior Court.

　　DATED this 30th day of April, 2008.

　　　　　　　　　　　　　　　　　/s/ Paul G. Rosenblatt
　　　　　　　　　　　　　　　　　Paul G. Rosenblatt
　　　　　　　　　　　　　　　　　United States District Judge